UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM CAIN, JR.,

    Plaintiff,

v.                              CASE NO. 4:19cv527-MCR-MAF

ALEXIS FIGUEROA, MD.,
et al.,

    Defendants.
_____/

**O R D E R**

The magistrate judge issued a Report and Recommendation on December 4, 2020. ECF No. 30. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 30, is adopted and incorporated by reference in this Order.

2. The claims against Defendant Figueroa for deliberate indifference to a serious medical need shall PROCEED and are TRANSFERRED to the Middle District of Florida, Jacksonville Division, which is the proper venue.

3. The official capacity and respondeat superior claims against Defendant Inch are DISMISSED.

4. The Eighth Amendment claims against Defendant Behazadi are DISMISSED.

5. The Eighth Amendment claims against Defendant Anandjiwal are DISMISSED.

6. The Clerk is directed to transfer this case to the Middle District of Florida, Jacksonville Division, and close the file.

**DONE AND ORDERED** this 19th day of January 2021.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 4:19cv527-MCR-MAF